**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* ______________ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**G. Hartley Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA SC Barns, Buildings & Fence**
**DBA SC Barns**

**3. Debtor's federal Employer Identification Number** (EIN)

**84-3330979**

**4. Debtor's address**

**Principal place of business**

**3224 Dutton Avenue**
**Santa Rosa, CA 95407**
Number, Street, City, State & ZIP Code

**Sonoma**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**2362**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 26-10895 Doc# 1 Filed: 11/23/26 Entered: 11/23/26 09:04:57 Page 3 of 49

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 20, 2026**
MM / DD / YYYY

X **/s/ Gary Hartley**
Signature of authorized representative of debtor

**Gary Hartley**
Printed name

Title

**18. Signature of attorney**

X **/s/ Michael C. Fallon**
Signature of attorney for debtor

Date **November 20, 2026**
MM / DD / YYYY

**Michael C. Fallon**
Printed name

**Law Office of Michael C. Fallon**
Firm name

**100 E Street, Suite 219**
**Santa Rosa, CA 95404**
Number, Street, City, State & ZIP Code

Contact phone **(707) 546-6770** Email address **mcfallon@fallonlaw.net**

**088313 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **G. Hartley Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 20, 2026**

X **/s/ Gary Hartley**
Signature of individual signing on behalf of debtor

**Gary Hartley**
Printed name

____________
Position or relationship to debtor



Case: 26-10895 Doc# 1 Filed: 11/23/26 Entered: 11/23/26 09:04:57 Page 5 of 49

**Fill in this information to identify the case:**

Debtor name **G. Hartley Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **3,850,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **918,305.16** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **4,768,305.16** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **6,055,566.76** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **389,680.39** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **6,445,247.15** |



Case: 26-10895 Doc# 1 Filed: 11/23/26 Entered: 11/23/26 09:04:57 Page 6 of 49

**Fill in this information to identify the case:**

Debtor name **G. Hartley Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Summit State Bank (401K Plan)** | **Business Checking** | **7011** | **$388.94** |
| 3.2. | **Live Oak Bank** | **Savings** | **6413** | **$45.09** |
| 3.3. | **Bank of Marin** | **Checking** | **3234** | **$25,175.31** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$25,609.34**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.

Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **4,242.18** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$4,242.18**

12. **Total of Part 3.** **$4,242.18**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1.

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership

15.1. %

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1.

Describe:

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Live Oak UCC Inventory - See attached list** | **December 23, 2025** | **$490,115.79** | **N/A** | **$490,115.79** |

23. **Total of Part 5.** **$490,115.79**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ________ Valuation method ________ Current Value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Live Oak UCC**<br>**Furniture, Fixture and Equipment** | **$0.00** | **Liquidation** | **$25,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$25,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Toyota Tacoma - VIN: 3TYAX5GN0MT028323 - Mileage 15,700 (Value $23,000) 2016 Chevrolet Colorado XT - VIN: 1GCHSAE3G1290257 - Mileage 64,500 (Value $11,500) * 1993 Walton VAR - Trailer - Old Gray - VIN:1W9FC2022P1063767 (Value $1,000) * 2014 CBQT UTIL Trailer - Dump - VIN:4JUBD1221EN041189 (Value $6,000)* 2019 FABFORM Trailer - Man Lift - VIN: 58XBF1822K1000298 (Value $4,500) * 2014 CBQT UTIL Trailer - T300 Bobcat - VIN:1F9BF1825E1370397 (Value $3,500) * 2014 CBQT UTIL Trailer - T300 Bobcat - VIN:1F9BF1825E1370398 (Value - $3,500) * 2005 MILLER FB - Trailer - New Gray - VIN:5MTPF2422A000104 (Value $2,000) * 2022 FABFORM - Trailer - Kubota - VIN:SF184T-16K N1000912 (Value $5,500)** | **$0.00** | | **$60,500.00** |

| | | | |
|---|---|---|---|
| 47.2. **TRUCKS/TRAILERS: Live Oak Bank lien holder<br>2019 Ford F550 - VIN: 1FDUF5GTXKDA03721 - Mileage 75,300 (Value $44,000) *<br>2015 Ford F550 - VIN: 1FD0W5HT7FEC47789 - Mileage 65,100 (Value $34,000) *<br>2016 Ford F550 - VIN: 1FD0W5HT1GED17224 - Mileage 68,250 (Value $35,500) *<br>2016 Intl - VIN: 3HAMMMMM6GL430358 - Mileage 53,790 (Value $38,000) *<br>2014 Ford F550 - VIN: 1FDUF5HT1EEA67157 - Mileage 112,250 (Value $26,000) *<br>2015 Ford F450 - VIN: 1FD0W4HT9FEC13931 - Mileage 317,880 (Value $12,000) *** | **$0.00** | | **$189,500.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>EQUIPMENT: Live Oak Bank UCC<br>2019 45' Nifty Boom Lift - Nifty SP45 (4x4 Diesel) Serial #09 39874 (FL Value $24,000)<br>2022 Kubota SVL97-2 - Skid Steer Loader - Serial #KBCZ064CHM1L66850 (FL Value $42,000)<br>2011 T300 Bobcat - Tracked Skid - Serial #A5GU36069 (FL Value $11,000)<br>2020 Toyota Forklift -Serial #C1500 Toyota 8FGU32 Propane; 6,500 lb capacity (OL Value $15,000)<br>2023 Toyota Forklift - Serial #15566 Toyota 50-8FGU25 Propane; 5,000 lb capacity (OL Value $19,000)<br>2000 Toyoa Forklift - Serial #60139 Toyota 526FGU45 Propane; 10,000 lb capacity (OL Value $6,000)** | **$0.00** | **Liquidation** | **$117,000.00** |

51. **Total of Part 8.** **$367,000.00**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Commercial property: 3224 Dutton Avenue, Santa Rosa CA** | **Fee simple** | **$0.00** | **Appraisal** | **$3,850,000.00** |

56. **Total of Part 9.** **$3,850,000.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer names, home/mailing addresses, and telephone numbers maintained in the ordinary course of business for customer contact, scheduling, delivery, service, and billing purposes** | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **CDTFA Refund** | **$6,337.85** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$6,337.85**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **G. Hartley Inc.** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$25,609.34** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$4,242.18** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$490,115.79** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$25,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$367,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*..........................................................................................> | | **$3,850,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$6,337.85** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$918,305.16** | + 91b. **$3,850,000.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$4,768,305.16**

**Fill in this information to identify the case:**

Debtor name **G. Hartley Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** **Live Oak Banking Company**
Creditor's Name

**1741 Tiburon Drive**
**Wilmington, NC 28403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Live Oak Banking Company**
**2. Live Oak Banking Company**

**Describe debtor's property that is subject to a lien**
**3224 Dutton Avenue, Santa Rosa CA and Schedule B Lines 11, 22, 39, 47 & 50**

**Describe the lien**
**SBA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$4,062,311.30** Column B: **$3,850,000.00**

**2.2** **Live Oak Banking Company**
Creditor's Name

**1741 Tiburon Drive**
**Wilmington, NC 28403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**3224 Dutton Avenue, Santa Rosa CA and Schedule B Lines 11, 22, 39, 47 & 50**

**Describe the lien**
**Conventional RE & UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$1,993,255.46** Column B: **$3,850,000.00**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$6,055,566.76**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **G. Hartley Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**

**Affex Marketing**
**360 Pollar Way**
**Windsor, CA 95492**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

3.2 **Nonpriority creditor's name and mailing address**

**Allweather Wood LLC**
**P. O. Box 888164**
**Los Angeles, CA 90088**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$4,447.36**

3.3 **Nonpriority creditor's name and mailing address**

**ATT**
**P. O. Box 5019**
**Carol Stream, IL 60197**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Obligation

Is the claim subject to offset? ■ No ☐ Yes

**$1,694.14**

3.4 **Nonpriority creditor's name and mailing address**

**ATT Internet Router**
**P. O. Box 5019**
**Carol Stream, IL 60197**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$156.22**

3.5 **Nonpriority creditor's name and mailing address**
**Barrette Outdoor Living, Inc.**
**7830 Freeway Circle**
**Middleburg Heights**
**Cleveland, OH 44130**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,851.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Bay Alarm Company**
**P. O. Box 51041**
**Los Angeles, CA 90051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$324.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Behlen Mfg. Co.**
**1628 Collections Center Drive**
**Chicago, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,246.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Bryce Brown**
**1440 Cunningham Road**
**Sebastopol, CA 95472**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Customer Deposit Owed Back to Client
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Capital One FSB**
**P. O. Box 639**
**City of Industry, CA 91716-0599**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,104.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**City of Santa Rosa**
**P.O. Box 1658**
**Santa Rosa, CA 95402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Obligation
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**City of Santa Rosa Alarm Program**
**P. O. Box 143217**
**Irving, TX 75014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**City of Santa Rosa Fire Dept.**<br>**2373 Circadian Way**<br>**Santa Rosa, CA 95407**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,093.12** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Dave Slusser**<br>**11490 Franz Valley Road**<br>**Calistoga, CA 94515**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Customer Deposit Owed Back to Client<br>Is the claim subject to offset? ■ No ☐ Yes | **$22,100.77** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**DMV Renewal**<br>**PO Box 942897**<br>**Sacramento, CA 94297-0897**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,560.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**DW Wire**<br>**P. O. Box 7323**<br>**Petaluma, CA 94955**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,472.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Entwisle Electric, LLC**<br>**1130 Industrial Avenue, Unit #2**<br>**Petaluma, CA 94952**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,500.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Forsythe Engineering Consultants**<br>**P. O. Box 3600**<br>**Napa, CA 94558**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$550.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Hastings Equity Grain Co.**<br>**P. O. Box 729**<br>**Hastings, NE 68902-1007**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$52,592.13** |

3.19 **Nonpriority creditor's name and mailing address**
**James Morton**
**450 Sparks Road**
**Sebastopol, CA 95472**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$348.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Customer Deposit Owed Back to Client
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
**John Frey**
**1400 Tomki Road**
**Redwood Valley, CA 95470**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,447.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Customer Deposit Owed Back to Client
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**Live Oak Banking**
**1741 Tiburon Drive**
**Wilmington, NC 28403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4602

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,313.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Obligation - UCC Financing Statement
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
**Merchant Services**
**P. O. Box 6010**
**Hagerstown, MD 21741-6010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$962.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Chargeback Issue
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**Metal Sales Manufacturing**
**P. O. Box 203502**
**Dallas, TX 75320-3502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,749.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Microsoft Corporation**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$231.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**MWI Components**
**P. O. Box 939**
**Spencer, IA 51301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$663.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Netchex**
**1155 Highway 190, E Service Road**
**Suite 2**
**Independence, LA 70443**
**Date(s) debt was incurred** October 2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Payroll service
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**Nicole McAdams/Purrington Ranch**
**13400 Frati Lane**
**Sebastopol, CA 95472**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,168.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Customer Deposit Owed Back to Client
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Northbay Gas**
**41N Hamilton Drive**
**Novato, CA 94949**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,490.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**Northgate Company Garage Doors**
**5835 Labath Avenue, Suite B**
**Rohnert Park, CA 94928**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**PG&E**
**Box 997300**
**Sacramento, CA 95899**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,478.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**Primesource Building Products, Inc.**
**P. O. Box 743546**
**Los Angeles, CA 90074-3546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,031.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**Public Works Consultant LLC**
**2519 N. McMullen Booth Rd., Ste 510-211**
**Clearwater, FL 33761-4173**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$158.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Ray Bielefield**
**101 Golf Course Drive, Suite 200**
**Rohnert Park, CA 94928**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Customer Deposit Owed Back to Client
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
**Roy Douglass**
**976 Via Della Rosa**
**Sebastopol, CA 95472**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,926.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Customer Deposit Owed Back to Client
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**SCS Inc.**
**61 North Sunset Avenue**
**San Jose, CA 95116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,281.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Silvercote**
**P. O. Box 31001-3072**
**Pasadena, CA 91110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,581.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Soiland Co., Inc.**
**7171 Stony Point Road**
**Cotati, CA 94931**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$78.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Sustainably Green LLC**
**P. O. Box 460**
**Graton, CA 95444**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$275.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**Taylor Metal Products**
**4566 Ridge Drive NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,085.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
**US Wholesale Pipe & Tube LLC**
**P. O. Box 739793**
**Dallas, TX 75373-7404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,818.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.41** **Nonpriority creditor's name and mailing address**
**Van Bebber Bros, Inc.**
**P. O. Box 760**
**Petaluma, CA 94953**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,707.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
**Verizon Business**
**P. O. Box 660108**
**Dallas, TX 75266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$308.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Obligation
Is the claim subject to offset? ■ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
**Western Woods**
**P. O. Box 4402**
**Chico, CA 95927**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,267.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Contractors State License Board**<br>**PO Box 289116**<br>**Sacramento, CA 95826** | Line 3.34<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jeremy Tolchin**<br>**Elevate Law Group**<br>**6000 Meadows Road, Suite 450**<br>**Lake Oswego, OR 97035** | Line 3.39<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Old Castle APG**<br>**400 Perimeter Center Terrace, Floor 10**<br>**Atlanta, GA 30346** | Line 3.5<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ 389,680.39 |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ **389,680.39**

| Fill in this information to identify the case: |
|---|
| Debtor name **G. Hartley Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **ATT Internet Router**<br>**P. O. Box 5019**<br>**Carol Stream, IL 60197** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Bay Alarm Company**<br>**P. O. Box 51041**<br>**Los Angeles, CA 90051** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Bryce Brown**<br>**1440 Cunningham Road**<br>**Sebastopol, CA 95472** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Dave Slusser**<br>**11490 Franz Valley Road**<br>**Calistoga, CA 94515** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | **James Morton**<br>**450 Sparks Road**<br>**Sebastopol, CA 95472** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | **John Frey**<br>**1400 Tomki Road**<br>**Redwood Valley, CA 95470** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Barn Construction** | **Nicole McAdams**<br>**13400 Frati Lane**<br>**Sebastopol, CA 95472** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | **Ray Bielefield**<br>**101 Golf Course Drive, Suite 200**<br>**Rohnert Park, CA 94928** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | **Roy Douglass**<br>**976 Via Della Rosa**<br>**Sebastopol, CA 95472** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | **Verizon Business**<br>**P. O. Box 660108**<br>**Dallas, TX 75266** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **G. Hartley Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Gary Hartley** | **2655 Knolls Drive**<br>**Santa Rosa, CA 95405** | **Allweather Wood LLC** | ☐ D<br>■ E/F **3.2**<br>☐ G |
| 2.2 | **Gary Hartley** | **2655 Knolls Drive**<br>**Santa Rosa, CA 95405** | **Behlen Mfg. Co.** | ☐ D<br>■ E/F **3.7**<br>☐ G |
| 2.3 | **Gary Hartley** | **2655 Knolls Drive**<br>**Santa Rosa, CA 95405** | **Capital One FSB** | ☐ D<br>■ E/F **3.9**<br>☐ G |
| 2.4 | **Gary Hartley** | **2655 Knolls Drive**<br>**Santa Rosa, CA 95405** | **Hastings Equity Grain Co.** | ☐ D<br>■ E/F **3.18**<br>☐ G |
| 2.5 | **Gary Hartley** | **2655 Knolls Drive**<br>**Santa Rosa, CA 95405** | **Live Oak Banking** | ☐ D<br>■ E/F **3.21**<br>☐ G |



Case: 26-10895 Doc# 1 Filed: 11/23/26 Entered: 11/23/26 09:04:57 Page 29 of 49

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Gary Hartley** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **Live Oak Banking Company** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.7 | **Gary Hartley** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **Live Oak Banking Company** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.8 | **Gary Hartley** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **Metal Sales Manufacturing** | ☐ D<br>■ E/F **3.23**<br>☐ G |
| 2.9 | **Gary Hartley** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **Primesource Building Products, Inc.** | ☐ D<br>■ E/F **3.31**<br>☐ G |
| 2.10 | **Gary Hartley** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **SCS Inc.** | ☐ D<br>■ E/F **3.35**<br>☐ G |
| 2.11 | **Gary Hartley** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **Taylor Metal Products** | ☐ D<br>■ E/F **3.39**<br>☐ G |
| 2.12 | **Gary Hartley** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **US Wholesale Pipe & Tube LLC** | ☐ D<br>■ E/F **3.40**<br>☐ G |
| 2.13 | **Gary Hartley** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **Van Bebber Bros, Inc.** | ☐ D<br>■ E/F **3.41**<br>☐ G |

## Additional Page to List More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Gary Hartley** | **2655 Knolls Drive**<br>**Santa Rosa, CA 95405** | **Western Woods** | ☐ D<br>■ E/F **3.43**<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **G. Hartley Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$3,450,451.86** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$5,457,875.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$6,558,449.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Live Oak Banking Company**<br>**1741 Tiburon Drive**<br>**Wilmington, NC 28403** | **9/8/26**<br>**$33,774.47;**<br>**10/5/26**<br>**$33,774.47;**<br>**10/5/26**<br>**$49,313.34** | **$116,862.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **SBA LOAN** |
| 3.2. **Live Oak Banking Company**<br>**1741 Tiburon Drive**<br>**Wilmington, NC 28403** | **9/8/26**<br>**$21,152.95;**<br>**10/5/26**<br>**$21,152.95** | **$42,305.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Conventional Loan** |
| 3.3. **Northgate Company Garage Doors**<br>**5835 Labath Avenue, Suite B**<br>**Rohnert Park, CA 94928** | **9/24/26** | **$39,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sub-Contractor** |
| 3.4. **CDFTA**<br>**651 Bannnon Street, Suite 100**<br>**Sacramento, CA 95811-0299** | **8/24/26**<br>**$17,919.13;**<br>**10/9/26**<br>**$19,536.26** | **$37,455.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sales Tax Payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Live Oak Banking Company**<br>**1741 Tiburon Drive**<br>**Wilmington, NC 28403**<br>**None** | **Regular monthly payments** | **Unknown** | **Required by loan documnets guaranteed by G Hartley** |
| 4.2. **Miscellaneous**<br><br>**None** | **Regular inventory purchases** | **Unknown** | **Miscelaneous vendor purchases guaranteed by G. Hartley** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Roy Douglass v. SC Barns Building and Fence** | **Violation of Contractors License Law** | **Coontractors State License Board<br>P. O. Box 269116<br>Sacramento, CA 95826-9116** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Workers Comp Claims resolved** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Russian River Rodeo<br>POB 103<br>Duncans Mills, CA 95430** | **Sponsor** | **June 2026** | **$3,000.00** |
| | Recipients relationship to debtor<br>**None** | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Michael C. Fallon**<br>**100 E Street, Suite 219**<br>**Santa Rosa, CA 95404** | **Attorney Fees** | **9/2/26** | **$10,000.00** |

Email or website address
**mcfallon@fallonlaw.net**

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Craigslist person**<br>**Unknown** | **TCM - FG25N57 Forklift Scrap - Serial #A31T5502** | **2024** | **$500.00** |

Relationship to debtor
**n/a**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Josh Beebe**<br>**2495 Wood Road**<br>**Fulton, CA 95439** | **Miscellaneous Equipment & Product** | **9/15/26** | **$54,244.67** |

Relationship to debtor
**Employee**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **G Hartley, Inc. 401K Plan** | EIN: **843339276** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Summit State Bank**<br>**PO Box 6188**<br>**Santa Rosa, CA 95406-0188** | **XXXX-2467** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **November 3, 2026** | **$25,000.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Brenda Herick**<br>**2304 Donna Maria Court**<br>**Santa Rosa, CA 95401** | **Feb. 22, 2023-Sep. 4, 2026** |
| 26a.2. | **Melissa Gonsalves-Manning**<br>**2021 Diago Avenue**<br>**Santa Rosa, CA 95403** | **May 4 - Sepy 18, 2026** |
| 26a.3. | **Brian Baum, CPA**<br>**250 N. Franklin St**<br>**Colorado Springs, CO 80903** | **2023-2026** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Gary Hartley**<br>**2655 Knolls Drive**<br>**Santa Rosa, CA 95405** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Huntington Bank**<br>**41 South High Street**<br>**Columbus, OH 43287** |
| 26d.2. | **US Bank**<br>**200 S. Sixth Street**<br>**Minneapolis, MN 55402** |
| 26d.3. | **Live Oak Banking Company**<br>**1741 Tiburon Drive**<br>**Wilmington, NC 28403** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?



Case: 26-10895 Doc# 1 Filed: 11/23/26 Entered: 11/23/26 09:04:57 Page 38 of 49

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Gary Hartley** | **December 23, 2025** | **$700,000 m/l - Wholesale** |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary E. Hartley** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **President** | **1.5%** |
| **Gary Hartley 401K Plan** | **2655 Knolls Drive<br>Santa Rosa, CA 95405** | **Equity** | **98.5%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gary Hartley<br>2655 Knolls Drive<br>Santa Rosa, CA 95405** | **Salary $98,000 m/l** | **Jan 2026 to Sep 18 2026** | **Salary** |

| Relationship to debtor |
|---|
| **President** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **G Hartley Inc 401K Plan** | **EIN:** **84-3339276** |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 20, 2026**

***/s/* Gary Hartley**
Signature of individual signing on behalf of the debtor

**Gary Hartley**
Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ■ No
- ☐ Yes

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re
**G. Hartley Inc.**

Case No.

Debtor(s). /

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of __7__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **November 20, 2026**

**/s/ Michael C. Fallon**

Signature of Debtor's Attorney or Pro Per Debtor

Affex Marketing
360 Pollar Way
Windsor, CA 95492

Allweather Wood LLC
P. O. Box 888164
Los Angeles, CA 90088

ATT
P. O. Box 5019
Carol Stream, IL 60197

ATT Internet Router
P. O. Box 5019
Carol Stream, IL 60197

Barrette Outdoor Living, Inc.
7830 Freeway Circle
Middleburg Heights
Cleveland, OH 44130

Bay Alarm Company
P. O. Box 51041
Los Angeles, CA 90051

Behlen Mfg. Co.
1628 Collections Center Drive
Chicago, IL 60693

Bryce Brown
1440 Cunningham Road
Sebastopol, CA 95472

Capital One FSB
P. O. Box 639
City of Industry, CA 91716-0599

City of Santa Rosa
P.O. Box 1658
Santa Rosa, CA 95402

City of Santa Rosa Alarm Program
P. O. Box 143217
Irving, TX 75014

City of Santa Rosa Fire Dept.
2373 Circadian Way
Santa Rosa, CA 95407

Contractors State License Board
PO Box 289116
Sacramento, CA 95826

Dave Slusser
11490 Franz Valley Road
Calistoga, CA 94515

DMV Renewal
PO Box 942897
Sacramento, CA 94297-0897

DW Wire
P. O. Box 7323
Petaluma, CA 94955

Entwisle Electric, LLC
1130 Industrial Avenue, Unit #2
Petaluma, CA 94952

Forsythe Engineering Consultants
P. O. Box 3600
Napa, CA 94558

Gary Hartley
2655 Knolls Drive
Santa Rosa, CA 95405

Hastings Equity Grain Co.
P. O. Box 729
Hastings, NE 68902-1007

James Morton
450 Sparks Road
Sebastopol, CA 95472

Jeremy Tolchin
Elevate Law Group
6000 Meadows Road, Suite 450
Lake Oswego, OR 97035

John Frey
1400 Tomki Road
Redwood Valley, CA 95470

Live Oak Banking
1741 Tiburon Drive
Wilmington, NC 28403

Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403

Merchant Services
P. O. Box 6010
Hagerstown, MD 21741-6010

Metal Sales Manufacturing
P. O. Box 203502
Dallas, TX 75320-3502

Microsoft Corporation

MWI Components
P. O. Box 939
Spencer, IA 51301

Netchex
1155 Highway 190, E Service Road
Suite 2
Independence, LA 70443

Nicole McAdams
13400 Frati Lane
Sebastopol, CA 95472

Nicole McAdams/Purrington Ranch
13400 Frati Lane
Sebastopol, CA 95472

Northbay Gas
41N Hamilton Drive
Novato, CA 94949

Northgate Company Garage Doors
5835 Labath Avenue, Suite B
Rohnert Park, CA 94928

Old Castle APG
400 Perimeter Center Terrace, Floor 10
Atlanta, GA 30346

PG&E
Box 997300
Sacramento, CA 95899

Primesource Building Products, Inc.
P. O. Box 743546
Los Angeles, CA 90074-3546

Public Works Consultant LLC
2519 N. McMullen Booth Rd., Ste 510-211
Clearwater, FL 33761-4173

Ray Bielefield
101 Golf Course Drive, Suite 200
Rohnert Park, CA 94928

Roy Douglass
976 Via Della Rosa
Sebastopol, CA 95472

SCS Inc.
61 North Sunset Avenue
San Jose, CA 95116

Silvercote
P. O. Box 31001-3072
Pasadena, CA 91110

Soiland Co., Inc.
7171 Stony Point Road
Cotati, CA 94931

Sustainably Green LLC
P. O. Box 460
Graton, CA 95444

Taylor Metal Products
4566 Ridge Drive NE
Salem, OR 97301

US Wholesale Pipe & Tube LLC
P. O. Box 739793
Dallas, TX 75373-7404

Van Bebber Bros, Inc.
P. O. Box 760
Petaluma, CA 94953

Verizon Business
P. O. Box 660108
Dallas, TX 75266

Western Woods
P. O. Box 4402
Chico, CA 95927

# United States Bankruptcy Court
## Northern District of California

In re **G. Hartley Inc.** Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **G. Hartley Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**G Hartley, Inc. 401(k) Plan F/B/O**
**Gary E. Hartley**
**3224 Dutton Avenue**
**Santa Rosa, CA 95407**

**Gary E. Hartley**
**2655 Knolls Drive**
**Santa Rosa, CA 95405**

☐ None [*Check if applicable*]

**November 20, 2026**
Date

**/s/ Michael C. Fallon**
**Michael C. Fallon**
Signature of Attorney or Litigant
Counsel for **G. Hartley Inc.**

**Law Office of Michael C. Fallon**
**100 E Street, Suite 219**
**Santa Rosa, CA 95404**
**(707) 546-6770 Fax:(707) 546-5775**
**mcfallon@fallonlaw.net**