Form FSSM

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: G. Hartley Inc. | Case No.: 26−10895 WJL 7 |
| dba SC Barns<br>dba SC Barns, Buildings & Fence<br>Debtor(s) | Chapter: 7 |

**NOTICE OF FAILURE OF DEBTOR(S) TO PROVIDE STATEMENT OF SOCIAL SECURITY NUMBER, EMPLOYER IDENTIFICATION NUMBER AND/OR LIST OF CREDITORS**

YOU ARE HEREBY NOTIFIED that the petition for relief you filed on 11/23/26 has been accepted for filing but is defective for the reason(s) indicated below:

☐ The Debtor's Statement of Social Security Number as required by Federal Rule of Bankruptcy Procedure 1007(f) was not submitted.

☐ The petition did not include the last four digits of the Debtor's Social Security Number as required by Federal Rule of Bankruptcy Procedure 1005(a)(2).

☐ The petition did not include the Employer Identification Number as required by Federal Rule of Bankruptcy Procedure 1005(a)(3).

☐ The List of Creditors as required by 11 U.S.C. § 521(a)(1) was not submitted with the petition.

☑ The List of Creditors was submitted with incomplete addresses.

☐ The last four digits of debtor's SSN on the Voluntary Petition does not match the Debtor's SSN as listed on the Statement of Social Security Number.

NOTICE IS FURTHER GIVEN that the debtor(s) must file the document(s) indicated above within fourteen (14) days of the date of this notice, or your case may be dismissed without further notice.

Dated: 11/24/26

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court